# United States District Court
## for the
### Western District of New York

United States of America

v.

**TREY DONALDSON**

*Defendant*

Case No. 25-mj-15

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

On or about January 7, 2025, in the Western District of New York, the defendant, **TREY DONALDSON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) tan Glock Model 19x 9mm pistol bearing serial number BUYX643, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT 2

On or about January 7, 2025, in the Western District of New York, the defendant, **TREY DONALDSON**, did knowingly possess a machinegun, to wit: a machinegun conversion device used to modify a semi-automatic firearm to fire as fully automatic weapon, enabling said firearm to automatically shoot more than one shot without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

MICHAEL ACQUINO (Affiliate)
Digitally signed by MICHAEL ACQUINO (Affiliate)
Date: 2025.01.15 14:03:13 -05'00'

*Complainant's signature*

MICHAEL J. ACQUINO
TASK FORCE OFFICER
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
*Printed name and title*

Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: January 15, 2025

*H. Kenneth Schroeder, Jr.*

*Judge's signature*

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE        )   SS:
CITY OF BUFFALO      )

I, **MICHAEL J. ACQUINO**, being duly sworn, deposes and states:

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and as such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1), *et seq*. and Title 21, United States Code, Section 801.

2. I have been with the Buffalo Police Department (BPD) since January of 2008 and a TFO with ATF since in or about 2020. I am assigned to the ATF Buffalo Field Office, New York Field Division. I am a graduate of the Erie County Police Academy and did attend the Task Force Officer School at ATF Headquarters located in Washington DC. My primary duties as a TFO include investigating violations of federal firearms laws including illegal firearm trafficking and unlawful possession of firearms; violent gang activity throughout the City of Buffalo; and the possession of firearms during the commission of drug trafficking crimes and crimes of violence.

3. During my time as a BPD Officer/Detective and TFO, I have participated in investigations and the execution of search warrants and arrest warrants where illegally

purchased/trafficked firearms, narcotics, electronic scales, packaging materials, cutting agents, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were seized. I have personally conducted and/or assisted in investigations of criminal acts involving violations relating to armed individuals that were involved in the distribution of controlled substances, including heroin, cocaine, cocaine base and other substances, in violation of federal drug laws, including Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 922 and 924. Additionally, I have also participated in interviews and debriefings of individuals involved in firearms and narcotics trafficking. I am familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the illegal trafficking of firearms and illegal drugs.

4. This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this manner.

5. This affidavit is made in support of a Criminal Complaint charging **TREY DONALDSON** with violations of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm) and 922(o) (possession of a machine gun).

**PROBABLE CAUSE**

6. On January 7, 2025, law enforcement obtained a search warrant signed by the Honorable Buffalo City Court Judge Samuel Davis authorizing the search the premises located at 107 Barton St Buffalo, NY 14213 for evidence of firearms related offenses.

7. On January 9, 2025, BPD Intelligence Unit (Intel Unit), Safe Street Task Force (SSTF), Erie County Sheriff's Office (ECSO) and BPD Special Weapons And Tactics (SWAT) executed the search warrant on the residence located at 107 Barton St. BPD SWAT made entry into the home and discovered no persons to be inside that residence.

8. During the execution of the search warrant on the residence located at 107 Barton St., on the couch in the living room, law enforcement recovered a tan Glock Model 19x 9mm pistol bearing serial number BUYX643 equipped with a Machine Gun Conversion Device (MCD)[1]. Under a cushion on the same couch, law enforcement recovered two high-capacity 9mm magazines, one loaded with forty-five (45) 9mm rounds, and the other containing twenty-three (23) 9mm rounds. From a bathroom shelf, law enforcement recovered a tied off plastic baggie containing a gray powder. Within the kitchen, multiple large tied off plastic baggies containing a gray powder substance were located. Additionally, a red balloon containing an unknown substance, and a bundle of pink glassine envelopes containing an unknown powder were recovered from the kitchen.[2] During the search,

---

[1] ATF considers MCDs as post-May 19, 1986, machineguns. Therefore, apart from official military and law enforcement use, MCDs may only be lawfully possessed by properly licensed Federal Firearms Licensees (FFLs) who have paid the appropriate Special Occupational Tax (SOT) required of individuals manufacturing, importing, or dealing in National Firearms Act (NFA) weapons.

[2] All of the aforementioned powdered substances are in the process of being chemically analyzed, and those results are pending.

multiple pieces of mail bearing **DONALDSON's** name were discovered. Based on your Affiant's training and experience, your Affiant believes the gray powder recovered by law enforcement during the search warrant to be suspected fentanyl, a schedule I controlled substance.

9. During the investigation, BPD Intel Unit did investigate the occupancy of the residence located at 107 Barton St., and discovered through law enforcement databases that **DONALDSON** resides at 107 Barton St. New York State DMV records also associate **DONALDSON** to 107 Barton St., Buffalo, NY. A search of **DONALDSON** through an open-source website "TLOxp," lists an address of 107 Barton St., Buffalo NY. A search through Erie County Parcel Search, revealed that **DONALDSON** is listed as the owner of 107 Barton St. Buffalo, NY.

10. On January 5 through January 9, 2025, the BPD Intel Unit conducted physical surveillance on 107 Barton St. On January 7, 2025, **DONALDSON** was observed exiting out of residence. Furthermore, while conducting surveillance, law enforcement did not observe any other persons entering or exiting 107 Barton St.

11. While on scene, law enforcement interviewed the occupants of the apartment directly above 107 Barton Street. This upstairs apartment is listed as 105 Barton St., Buffalo, NY[3]. The occupants of 105 Barton St. stated that **DONALDSON** resides in the lower unit at 107 Barton St.

---

[3] Both apartments share the same structure, but the two apartments have separate mailing addresses. The rear

4

12. A review of **DONALDSON's** criminal history revealed that on or about May 2, 2023, **DONALDSON** was convicted in Erie County Court, Erie County, New York, of Criminal Possession of a Controlled Substance in the Third Degree, a Class B felony. Therefore, **DONALDSON** is prohibited from possessing firearms and/or ammunition.

13. Through my training and experience, I am aware of MCDs similar to the MCD attached to the firearm recovered. I am aware such MCDs have been designed and created for the sole purpose of converting semi-automatic Glock pistols into fully automatic machineguns. These MCDs vary by design and appearance, but all, when properly installed on a semi-automatic Glock pistol, will allow the firearm to expel more than one projectile by a single pull of the trigger at approximately 1,200 rounds per minute. Installation of these MCDs is fast and simple, requires no technical expertise, and is completed by removing the polymer slide cover plate on a Glock semi-automatic pistol and replacing it with an MCD. I also know that MCDs are referred to by different names, including but not limited to: "switches," "auto sears," "convertors," "conversion switches," "selector switches," "conversion devices," and "Fire Selector Systems for Glock" (FSSGs).

14. On Friday, January 10, 2025, ATF Interstate Nexus Expert Special Agent (SA) William Farnham was provided pictures and descriptions of the firearm recovered at the residence located at 107 Barton St. Based on the information provided to SA Farnham and pending a physical examination, SA Farnham confirmed the Glock model 19x 9mm pistol

---

door to the structure is a common space, which allows access to both apartment 105 and 107.

5

bearing serial number BUYX643 was manufactured outside of New York State, and therefore traveled in or affected interstate commerce prior to its possession in New York State.

15. Your Affiant requested a records check from the ATF National Firearms Act (NFA) Branch to determine if **DONALDSON** has or had any NFA weapons registered with the ATF. Said query revealed "No Records Found" of **DONALDSON** ever having registered any NFA weapons.

16. Based on the above information, Your Affiant submits that there is probable cause to believe that on Thursday, January 9, 2025, in the Western District of New York, **DONALDSON** did knowingly and unlawfully possess a firearm, that is, a Glock model 19x 9mm caliber pistol bearing serial number BUYX643 equipped with an unregistered MCD, in violation of Title 18, United States Code, Sections 922(g)(1) and 922(o). Accordingly, Your Affiant requests that a Criminal Complaint and Arrest Warrant as aforesaid be issued, and that this Complaint and Affidavit be sealed based on a continuing investigation and further Order of this Court.

MICHAEL ACQUINO (Affiliate)
Digitally signed by MICHAEL ACQUINO (Affiliate)
Date: 2025.01.15 14:01:30 -05'00'

_____
MICHAEL J. ACQUINO
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Subscribed and sworn to before me telephonically
this 15th day of January 2025.

_H. Kenneth Schroeder, Jr._
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

6